# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICHARD A. MARKSBURY, PH.D                    NO.   2020 CW 0911

VERSUS

LOUISIANA STATE BOARD OF                      **OCTOBER 6, 2020**
EXAMINERS OF PSYCHOLOGISTS

---

In Re:   Richard A. Marksbury, PH.D, applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. 682294.

---

BEFORE:   **HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.** A writ of mandamus may be issued in cases where the law provides no relief by ordinary means or where the delay involved in obtaining ordinary relief may cause injustice. **Gibson & Associates, Inc. v. State, Dept. of Transp. & Development,** 2010-1696 (La. App. 1st Cir. 5/18/11), 68 So.3d 1128, 1140. Relator has an adequate remedy for relief by filing a motion, with accompanying order, requesting that the trial court issue a ruling on the exceptions that were heard on September 30, 2019, based on the pleadings and prior submissions of the parties, or alternatively request the matter be reset for hearing.

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT